FILED

DEC 04 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

FILED
Dec 04, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | BAP No.   EC-14-1371 |
| J. PEDRO ZARATE, | Bk. No.   13-22346 |
| Debtor. | CAED Case # 2:14-mc-0143 MCE KJN (PS) |
| J. PEDRO ZARATE, | |
| Appellant, | |
| v. | **ORDER TRANSFERRING IFP MOTION** |
| UMPQUA BANK; GEOFFREY RICHARDS, Trustee, | |
| Appellees. | |

Before:   PAPPAS and KURTZ, Bankruptcy Judges.

Appellant filed a motion for leave to proceed in forma pauperis with respect to this appeal ("IFP Motion").  A Clerk's Notice was issued by the BAP, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous.  No certification was made by the trial court.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re

Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant or deny in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

   Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

   It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

   No later than **Monday, January 5, 2015**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the order on appeal, and the IFP motion are attached to this order.

   Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.  9th Cir. BAP R. 8018(a)(2).

UNITED STATES BANKRUPTCY COURT,

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 13-22346-C-7 |
| J. PEDRO ZARATE, | ) |
| | ) DC No.: HCS 2 |
| Debtor. | ) Chapter 7 |
| Address: 8192 Creek Estates Way | ) |
| Sacramento, California 95829 | ) |
| Last four digits of | ) |
| Social Security No.: 1213 | ) |

FILED
JUL 2 2 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

## NOTICE OF APPEAL

J. Pedro Zarate, Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, decree of the bankruptcy judge, ordering the approval of Chapter 7 Geoffrey Richard's Motion to Compromise Controversy entered on the ninth day of July, 2014.

The names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**

1. **J. Pedro Zarate**    J. Pedro Zarate
   8192 Creek Estates Way
   Sacramento, California 95829

   **Tel: (916) 525-1257**

**APPELLEES:**

1. Umpqua Bank      CT Corporation System
   (Sterling Bank)    Agent for Service of Process
   818 West Seventh Street, 2nd Floor
   Los Angeles, California 90017

*Notice of Appeal*                -1-

2.     Attorney for Umpqua Bank:     David M. Wiseblood  
    Law Offices of David M. Wiseblood  
    601 Montgomery Street, Suite 2000  
    San Francisco, California. 94111  
    **Tel: (415) 547-2700**

3.     Bankruptcy Trustee:     Geoffrey Richards  
    P.O. Box 579  
    Orinda, California 94563

4.     Attorney for Trustee:     Dana A. Suntag  
    Loris L Bakken  
    HERUM\CRABTREE\SUNTAG  
    A California Professional Corporation  
    5757 Pacific Avene, Suite 222  
    Stockton California, 95207  
    **Tel (209) 472-7700**

Dated: July 22, 2014.

Signed: _____  
J. Pedro Zarate

Attorney Name: _____  
J. Pedro Zarate, *In Pro Per*

Address: 8192 Creek Estates Way  
Sacramento, California 95829

Telephone Number: (916) 525-1257

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C § 158©, to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, ant if the child support creditor or its representative files the form specified in § 304(g), of the Bankruptcy Reform Act of 1994, no fee is required.*

*Notice of Appeal*     -2-

FILED
JUL - 9 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:                    )   Case No. 13-22346-C-7
                          )
J. PEDRO ZARATE,          )   DC No. HCS-2
                          )
                          )
          Debtor(s).      )
_____ )

### ORDER ON CHAPTER 7 TRUSTEE GEOFFREY RICHARDS' MOTION TO COMPROMISE CONTROVERSY

This is a contested motion to compromise controversy that has been the subject of prior hearings. This court previously took the matter as submitted and then restored it to calendar because the court was uncertain about whether the debtor had been treated fairly. Accordingly, it authorized a resolution advocate to meet with the parties pursuant to this court's Bankruptcy Dispute Resolution Program. Thereafter, judicial mediation was ordered and was conducted by the Honorable Ronald Sargis.

The debtor has been advised on multiple occasions, including most recently by Judge Sargis on June 24, 2014, that he needs to come forth with facts and evidence to support facts that demonstrate that there is more merit to his contentions than heretofore has appeared.

This court gave Mr. Zarate until 10:00 a.m. on Thursday, July 3, 2014, one last chance to present information to the trustee. Mr. Zarate did send the trustee additional emails along

3

1 with copies of loan and foreclosure documents, so the court once
2 again restored the matter to calendar and set a hearing for July
3 8, 2014.  At the hearing, the trustee reiterated his position
4 that the settlement with the bank was in the best interest of
5 creditors.
6    The court will now return to the question whether the
7 compromise is fair and equitable taking into account the
8 probability of success in litigation, difficulties, if any, to be
9 encountered in the matter of collection, complexity of
10 litigation, the expense, inconvenience, and delay necessarily
11 attending it, and the interests of creditors that express a view.
12    As to probability of success, the probability of success
13 appears to be low.  Mr. Zarate has repeatedly been asked for
14 evidence to back up his contentions regarding this $85,750
15 commercial loan.  The evidence has not been forthcoming.  What
16 has been forthcoming are technical assertions that Mr. Zarate was
17 not represented by a broker and that his spouse was not party to
18 the loan.  The bank has presented information that goes beyond
19 those assertions and other assertions made by Mr. Zarate.  Thus,
20 there are questions of fact that would need to be resolved.
21    Since it is a lender liability situation, the litigation
22 would be complex and the outcome uncertain.  The offer to the
23 trustee of $20,000 appears likely to exceed the net amount that
24 could be achieved in litigation when probability of success is
25 applied against theoretical liability to establish expected
26 liability.
27
28

1   Expense, inconvenience, and delay are manifest.  Litigation
2   would be costly, fact-specific, and consume a considerable amount
3   of time.
4   Collectibility does not appear to be a factor in that if the
5   bank were held liable, the bank is sufficiently solvent to pay
6   any judgment.
7   Finally, no creditor has opposed the compromise.  Creditors
8   stand to receive some small dividend if the compromise is
9   accepted and nothing if the compromise is not accepted.
10  In sum, the court is persuaded that, under the totality of
11  the factors, the compromise is fair and equitable.
12  IT IS ORDERED that the compromise is APPROVED.
13  Dated:  July 8, 2014.

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT,

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>J. PEDRO ZARATE,<br><br>Debtor.<br><br>Address: 8192 Creek Estates Way<br>Sacramento, California 95829<br><br>Last four digits of<br>Social Security No.: 1213 | Bankruptcy Case No. 13-22346-C-7<br><br>DC No.: HCS 2<br><br>Chapter 7 |

**FILED**
JUL 2 2 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

## NOTICE OF APPEAL

J. Pedro Zarate, Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, decree of the bankruptcy judge, ordering the approval of Chapter 7 Geoffrey Richard's Motion to Compromise Controversy entered on the ninth day of July, 2014.

The names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**

1. **J. Pedro Zarate**         J. Pedro Zarate
                               8192 Creek Estates Way
                               Sacramento, California 95829

                               **Tel: (916) 525-1257**

**APPELLEES:**

1. Umpqua Bank                 CT Corporation System
   (Sterling Bank)             Agent for Service of Process
                               818 West Seventh Street, 2nd Floor
                               Los Angeles, California 90017

*Notice of Appeal*                   -1-

|  |  |  |
|---|---|---|
| 2. | Attorney for Umpqua Bank: | David M. Wiseblood<br>Law Offices of David M. Wiseblood<br>601 Montgomery Street, Suite 2000<br>San Francisco, California. 94111<br>**Tel: (415) 547-2700** |
| 3. | Bankruptcy Trustee: | Geoffrey Richards<br>P.O. Box 579<br>Orinda, California 94563 |
| 4. | Attorney for Trustee: | Dana A. Suntag<br>Loris L Bakken<br>HERUM\CRABTREE\SUNTAG<br>A California Professional Corporation<br>5757 Pacific Avene, Suite 222<br>Stockton California, 95207<br>**Tel (209) 472-7700** |

Dated: July 22, 2014.

Signed: _____
J. Pedro Zarate

Attorney Name: _____
J. Pedro Zarate , *In Pro Per*

Address: 8192 Creek Estates Way
Sacramento, California 95829

Telephone Number: (916) 525-1257

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C § 158©, to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, ant if the child support creditor or its representative files the form specified in § 304(g), of the Bankruptcy Reform Act of 1994, no fee is required.*

*Notice of Appeal*            -2-

8

J. PEDRO ZARATE
8192 Creek States Way
Sacramento California 95829

Telephone: (916) 525-1257

Debtor *In Pro Per*

**FILED**
JUL 2 2 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT,

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re

J. PEDRO ZARATE,

                Debtor.

Address: 8192 Creek Estates Way
             Sacramento, California 95829

Last four digits of
Social Security No.: 1213

Bankruptcy Case No. 13-22346-C-7

**CERTIFICATE OF SERVICE**

**Notice of Appeal of the Approval of Order to Compromise Settlement**

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I am, and at all times herein mentioned, was not less than 18 years of age and not a party to the above-captioned matter.

That my business address is: 8192 Creel Estates Way. Sacramento. California 95829.

That on the date indicated below I did serve the attached:

1- **Notice of Appeal of the Approval of Order to Compromise Settlement**

( x ) by placing a copy thereof enclosed in a sealed envelope with first class postage affixed thereto, in the U.S. mail at Sacramento, California, to names and addresses as depicted below:

*Notice of Appeal*                          -1-

Umpqua Bank
(Sterling Bank)
c/o: CT Corporation System
Agent for Service of Process
818 West Seventh Street, 2nd Floor
Los Angeles, California 90017

David M. Wiseblood
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, California. 94111

Geoffrey Richards
Bankruptcy Trustee:
P.O. Box 579
Orinda, California 94563

Dana A. Suntag
Loris L Bakken
HERUM\CRABTREE\SUNTAG
A California Professional Corporation
5757 Pacific Avene, Suite 222
Stockton California, 95207

*U.S. TRUSTEE:* **Robert T Matsui United States Court House
Office of the U.S. Trustee**
501 I Street, Suite 3-200 Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 22, 2014

*Christian Zarate*

*Notice of Appeal*  -2-

**PACER fee: Exempt**

General Docket
U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 14-1371 <br> J. Zarate v. Umpqua Bank, et al <br> **Appeal From:** California Eastern - Sacramento <br> **Fee Status:** fee due | |
| **Case Type Information:** <br>  **1)** Bankruptcy <br>  **2)** Chapter 7 Non-Business <br>  **3)** null | |
| **Originating Court Information:** <br>  **District:** 0972-2 : 13-22346-C-7 <br>  **Presiding Judge:** Christopher M. Klein, U.S. Bankruptcy Judge <br>  **Date Filed:** 02/22/2013 | |
| **Date Order/Judgment:** <br> 07/09/2014 | **Date NOA Filed:** <br> 07/22/2014 | **Date Rec** <br> 07/24/201 |
| **Prior Cases:** <br>  None <br> <br> **Current Cases:** <br>  None | |
| **Panel Assignment:**   Not available | |

| | |
|---|---|
| In re: J. PEDRO ZARATE <br>             Debtor <br> ----------------------------- <br> <br> J. PEDRO ZARATE <br>             Appellant <br> <br> <br> <br> <br> v. <br> <br> UMPQUA BANK <br>             Appellee <br> <br> <br> <br> <br> <br> <br> GEOFFREY RICHARDS, Trustee <br>             Appellee | <br> <br> <br> <br> <br> J. Pedro Zarate <br> Direct: 916-525-1257 <br> [NTC Pro Se] <br> 8192 Creek Estates Way <br> Sacramento, CA 95829 <br> <br> <br> <br> David Marvin Wiseblood, Esquire <br> Direct: 415-547-2700 <br> [COR LD NTC Retained] <br> LAW OFFICES OF DAVID M. WISEBL <br> Suite 2000 <br> 601 Montgomery Street <br> San Francisco, CA 94111 <br> <br> Dana A. Suntag, Esquire, Attorney <br> Direct: 209-472-7700 <br> [COR LD NTC Retained] <br> Herum Crabtree Suntag <br> Suite 222 |

5757 Pacific Avenue
Stockton, CA 95207

| |
|---|
| In re:  J. PEDRO ZARATE |
|        Debtor |
| ------------------------------ |
| J. PEDRO ZARATE |
|        Appellant |
| v. |
| UMPQUA BANK; GEOFFREY RICHARDS, Trustee |
|        Appellees |

| Date | Doc | Description |
|---|---|---|
| 07/24/2014 | [1](#) 8 pg, 206.13 KB | Received notice of appeal filed in Bankruptcy Court on 07/22/2014, and copy o [Entered: 08/01/2014 04:11 PM] |
| 08/04/2014 | [2](#) 3 pg, 98.04 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC Record Request Form to Bankruptcy Court. (VJ) [Entered: 08/04/2014 10:03 A |
| 08/04/2014 | [3](#) 3 pg, 49.45 KB | Sent BRIEFING ORDER & NOTICE to appellant J. Pedro Zarate. Copies to all Zarate's opening brief due 09/18/2014. (VJ) [Entered: 08/04/2014 10:14 AM] |
| 08/14/2014 | [4](#) 2 pg, 58.06 KB | Notice of Deficiency sent to Appellant RE: Filing/Docketing fee not paid (lack of Response Due: 08/28/2014. cc: All parties. (VJ) [Entered: 08/14/2014 12:32 PM |
| 08/20/2014 | [5](#) 11 pg, 260.85 KB | Filed original and copies of Appellant J. Pedro Zarate's motion to extend time t 09/04/2014 w/ copy of declaration, points and authorities and proposed order; ( Motion forwarded from Bk.Ct. filed 8/18/14 ) (VJ) [Entered: 08/20/2014 01:31 |
| 08/20/2014 | [6](#) 1 pg, 36.04 KB | Filed order (Deputy Clerk: vjw) Motion to extend time to file ROA filed by J. Ped 9/4/14; dated: 08/20/2014. (Note: Filing fee due: 8/28/14) (VJ) [Entered: 08/20/ |
| 09/08/2014 | [7](#) 10 pg, 237.79 KB | Filed ( Bk.Ct 9/4/14) original and copies of Party J. Pedro Zarate's 2nd motion appellant's Record on appeal until 09/18/2014; served on 9/4/14. (VJ) [Entered |
| 09/08/2014 | [8](#) 1 pg, 22.29 KB | Filed (9/2/14) original of Appellant J. Pedro Zarate's motion to proceed in form pos). (VJ) [Entered: 09/08/2014 10:41 AM] |
| 09/19/2014 | [9](#) 2 pg, 14.05 KB | Filed order ( Clerk: sms) ; This Clerk's Notice is being issued to allow the trial c [y] in writing that [the appeal] is not taken in good faith" under 28 U.S.C. § 1915 ( see attached order) (VJ) [Entered: 09/19/2014 01:35 PM] |
| 09/23/2014 | [10](#) 24 pg, 619.96 KB | Filed Document(s) by Appellant J. Pedro Zarate original copy of Designation of and notice of transcripts filed at Bk.Ct. 9/18/14. (VJ) [Entered: 09/24/2014 09:5 |
| 09/24/2014 | [11](#) 10 pg, 207.19 KB | Filed original and copies of Party J. Pedro Zarate's motion extending time to file until 10/20/2014; served on 09/18/2014. (VJ) [Entered: 09/24/2014 10:12 AM] |
| 09/24/2014 | [12](#) 1 pg, 36.02 KB | Filed order (Deputy Clerk: vjw) Motion to extend time to file appellant's opening Zarate is GRANTED. Appellant J. Pedro Zarate's opening brief due 10/20/2014 [Entered: 09/24/2014 10:13 AM] |
| 09/24/2014 | [13](#) 268 pg, 6.75 MB | ENTRY UPDATED. DOCKETING ERROR - WRONG CASE. --[Edited 09/24/20 09/24/2014 10:58 AM] |
| 10/22/2014 | [14](#) 6 pg, 863.96 KB | Filed original and copies of Appellant J. Pedro Zarate's motion for extension of excerpts w/ Declaration in support of motion ; served on. (VJ) [Entered: 10/23/2 |
| 10/22/2014 | [15](#) 60 pg, 10.63 MB | Received from Bankruptcy Court copy of Appellant's opening brief and excerpts 10/21/2014. (VJ) [Entered: 10/27/2014 01:01 PM] |
| 10/24/2014 | [16](#) 37 pg, 684.46 KB | Filed original and 4 copies, Appellant J. Pedro Zarate's opening brief with five e volume; served on 10/20/2014 ; Appellee Geoffrey Richards and Umpqua Bank 11/10/2014. (VJ) [Entered: 10/27/2014 01:16 PM] |
| 10/29/2014 | [17](#) 1 pg, 34.14 KB | Filed order (Deputy Clerk: vjw) Motion to extend time to file appellant's opening Zarate is GRANTED. Appellant J. Pedro Zarate's opening brief received 10/22/ Geoffrey Richards and Umpqua Bank's opening brief due 11/10/2014.; dated: 10/29/2014 10:52 AM] |
| 10/29/2014 | [18](#) 5 pg, 239.34 KB | Received from Appellant J. Pedro Zarate original and copies of document(s) re appeal. (VJ) [Entered: 10/30/2014 01:59 PM] |
| 11/10/2014 | | |

| | | |
|---|---|---|
| | 19<br>27 pg, 180.57 KB | Filed (ECF) Attorney Mr. Dana A. Suntag, Esquire for Appellee Geoffrey Richa on 11/10/2014 email - Attorney for Appellees: Suntag, Wiseblood; US mail - Ap (DAS) [Entered: 11/10/2014 03:53 PM] |
| 11/10/2014 | 20<br>15 pg, 279.21 KB | Filed (ECF) Attorney Mr. David Marvin Wiseblood, Esquire for Appellee Umpqu served on 11/10/2014 email - Attorney for Appellees: Suntag, Wiseblood; US m 1371] (DMW) [Entered: 11/10/2014 05:29 PM] |
| 11/24/2014 | 21<br>10 pg, 890.6 KB | Filed ( Bk.Ct ) original and 0 copies of Appellant J. Pedro Zarate's reply brief w 11/24/2014. (VJ) [Entered: 12/02/2014 03:19 PM] |
| 12/04/2014 | 22<br>8 pg, 1.56 MB | Filed order (PAPPAS and KURTZ); Appellant's IFP Motion is TRANSFERRED the limited purpose of ruling on the IFP motion. No later than 1/5/15, appellant which includes as an exhibit a copy of the district court's order on the IFP motic steps appellant has taken to have the IFP motion considered by the district cou 11:24 AM] |