UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>J. PEDRO ZARATE | No. 2:14-mc-0143-MCE-KJN PS<br><br>ORDER |

On December 4, 2014, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred this action to the district court for the limited purpose of adjudicating the appellant J. Pedro Zarate's motion to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. (ECF No. 1.)

Mr. Zarate's motion to proceed *in forma pauperis* demonstrates that he is unable to prepay fees and costs or give security for them.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to proceed *in forma pauperis* (ECF No. 2) is granted.
2. The action is referred back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further proceedings.
3. The Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

Dated: December 8, 2014

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

1